THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Marvin L.
 Williams, Appellant.
 
 
 

Appeal From Colleton County
 Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No. 2011-UP-150
 Submitted April 1, 2011  Filed April 12,
2011    

AFFIRMED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Attorney General Alan M. Wilson, Chief Deputy Attorney General
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Senior Assistant Attorney General Harold M. Coombs, Jr., of Columbia; and Solicitor
 I. McDuffie Stone, III, of Bluffton, for Respondent.
 
 
 

PER CURIAM: Marvin L.
 Williams pled guilty to two counts of assault and battery with intent to kill,
 one count of assault and battery of a high and aggravated nature, seven counts
 of assault with intent to kill, two counts of possession of a weapon during a
 violent crime, and one count of pointing and presenting a firearm.  On appeal,
 Williams argues the trial court abused its discretion in denying his request
 for a continuance.  We affirm[1] pursuant to Rule 220(b)(1),
 SCACR, and the following authorities: State
 v. McKennedy, 348 S.C. 270, 280, 559
 S.E.2d 850, 855 (2002) (holding "guilty pleas act as a waiver of all non-jurisdictional defects and defenses" and finding the defendant waived his right to appeal the trial court's
 denial of his motion for a continuance because he pled guilty to the charge); State
 v. Thomason, 341 S.C. 524, 526, 534 S.E.2d 708, 710 (Ct. App. 2000) ("A guilty plea generally acts as a waiver of all non-jurisdictional defects and defenses. The plea admits all elements of the
 offense charged, leaves open for review only the sufficiency of the indictment
 and waives all other defenses.") (internal
 citation and quotation marks omitted).  
AFFIRMED.
WILLIAMS,
 GEATHERS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.